# U.S. District Court
## Middle District of Florida (Ft. Myers)
### CIVIL DOCKET FOR CASE #: 2:19–cv–00355–JES–MRM

Rodriguez v. Monsanto Company  
Assigned to: Judge John E. Steele  
Referred to: Magistrate Judge Mac R. McCoy  
Cause: 28:1332 Diversity–Product Liability  

Date Filed: 05/30/2019  
Date Terminated: 06/20/2019  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Leticia Rodriguez**     represented by     **Elizabeth P. Kagan**  
Kagan Law Firm, PL  
Suite 303  
8191 College Pkwy  
Ft Myers, FL 33919  
239/466–1161  
Fax: 239/466–7226  
Email: Liz@kagan–law.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jennifer A. Moore**  
Grossman & Moore  
Suite 1810  
401 W Main St  
Louisville, KY 40202  
502/657–7100  
Fax: 502/657–7111  
Email: jmoore@gminjurylaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Andrew T. Kagan**  
Kagan Law Firm, PL  
Suite 303  
8191 College Pkwy  
Ft Myers, FL 33919  
904/296–2887  
Email: Andrew@kaganlegalgroup.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2019 | Ï 1 | |

| | | |
|---|---|---|
| | | COMPLAINT against All Defendants with Jury Demand (Filing fee $ 400 receipt number 113A–15521510) filed by All Plaintiffs. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Kagan, Andrew) (Entered: 05/30/2019) |
| 05/30/2019 | Ï 2 | NEW CASE ASSIGNED to Judge John E. Steele and Magistrate Judge Mac R. McCoy. New case number: 2:19–cv–355–FtM–29MRM. (SJB) (Entered: 05/30/2019) |
| 05/31/2019 | Ï 3 | AMENDED document by Leticia Rodriguez. Amendment to 1 Complaint *Corrected Civil Cover Sheet*. (Kagan, Andrew) (Entered: 05/31/2019) |
| 06/03/2019 | Ï 4 | SUMMONS issued as to Monsanto Company. (MLS) (Entered: 06/03/2019) |
| 06/03/2019 | Ï 5 | **STANDING ORDER: Filing of documents that exceed twenty–five pages. Signed by All Divisional Judges on 6/3/2019. (MLS)** (Entered: 06/03/2019) |
| 06/03/2019 | Ï 6 | POSSIBLE MDL Tag Along case for MDL Case Number Information emailed to MDL Panel on 6/3/19, including cover letter, copy of complaint, and docket sheet. (Attachments: # 1 Docket Sheet, # 2 Complaint) (MLS) (Entered: 06/03/2019) |
| 06/03/2019 | Ï 7 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 – track 2. Notice of pendency of other actions due by 6/17/2019. Signed by Judge John E. Steele on 6/3/2019. (jmc)** (Entered: 06/03/2019) |
| 06/03/2019 | Ï 8 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 6/17/2019. Signed by All Divisional Judges on 6/3/2019. (jmc)** (Entered: 06/03/2019) |
| 06/20/2019 | Ï 9 | MULTIDISTRICT LITIGATION panel order transferring case to: Northern District of California Transferee court case number: 2:19–cv–355–FtM–29MRM MDL case number: 2741 (MLS) (Entered: 06/20/2019) |